AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Jeremiah Taylor<br><br>_____<br>Defendant | )<br>)  Case No.  3:19-mj-00082<br>)<br>)<br>)<br>)<br>) |

SEALED

FILED
DEC 17 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jeremiah Taylor                                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  Distribution of child pornography


Date: December 16, 2019

_____
*Issuing officer's signature*

City and state:  Huntington, West Virginia

Chery A. Eifert, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12-16-19 , and the person was arrested on *(date)* 12-16-19
at *(city and state)* Charleston, WV              .

Date: 12-17-19

_____
*Arresting officer's signature*

Michael Moyer / FBI
*Printed name and title*