```
         IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                          HUNTINGTON
```

UNITED STATES OF AMERICA

v.                             CRIMINAL NO. 3:19-mj-0082

JEREMIAH TAYLOR

## MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>. This case involves a:

    __x__ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    _____ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    _____ 10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

    _____ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    __x__ minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    _____ serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

    _____ serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    __x__ Defendant's appearance as required

    __x__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will/will not. invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). (If yes) The presumption applies because:

    ____ Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    ____ Previous conviction for "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    __x__ Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __x__ After continuance of __3__ days (not more than 3).

5. <u>Temporary Detention</u>. The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6.   Other Matters.

_____

_____

DATED: December 17, 2019

                          Respectfully submitted,

                          MICHAEL B. STUART
                          United States Attorney

By:

                          /s/ Kristin F. Scott
                          KRISTIN F. SCOTT
                          Assistant United States Attorney
                          MA State Bar No. 686762
                          300 Virginia Street, East
                          Room 4000
                          Charleston, WV 25301
                          Telephone:  304-345-2200
                          Fax: 304-347-5104
                          Email:  kristin.scott@usdoj.gov